ROSE DEBINSKIE, ADMINISTRATRIX, *vs.* FRED LESTER
YOUNG.

Third Judicial District, Bridgeport, October Term, 1927.

WHEELER, C. J., MALTBIE, HAINES, HINMAN and BANKS, Js.

Argued November 3d—decided December 12th, 1927.

ACTION to recover damages for the death of the
plaintiff's intestate, alleged to have been caused by the
negligence of the defendant, brought to the Superior
Court in Fairfield County and tried to the jury before
*Wolfe, J.;* verdict for the plaintiff for $2,500, which
the trial court set aside as against the evidence, and
from this decision the plaintiff appealed. *No error.*

*William L. Tierney,* for the appellant (plaintiff).

*Arthur M. Comley,* for the appellee (defendant).

PER CURIAM. Plaintiff's intestate, as he was about
to cross the Boston Post Road at East Port Chester,
stepped upon the concrete of the traveled roadway and
was either struck by, or ran into, defendant's auto-
mobile, which was approaching from the west upon the
south side of this concrete roadway, and in conse-
quence suffered injuries from which he shortly died.

The trial court set aside the verdict in favor of the
plaintiff upon the ground, among others, that the jury,
upon the evidence, could not have found otherwise
than that the decedent's failure to see defendant's auto-
mobile and to have avoided it was negligence on his

part and a materially contributing cause of the collision and of the injuries suffered by the plaintiff's intestate.

We have examined the evidence and cannot hold that the action of the trial court was an unreasonable exercise of its discretion.

There is no error.